IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CYNTHIA J. FLURRY                                                                                      PLAINTIFF

v.                                          No. 2:17-CV-02007

NANCY A. BERRYHILL, Commissioner,
Social Security Administration                                                                        DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Social Security Administration Administrative Law Judge is affirmed and this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 13th day of October, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE